IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RC MOORE, )<br>)<br>Defendant. ) | Case No. 4:25-CR-00089-BCW-1 |

**ORDER**

Before the Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation (Doc. #35) concerning Defendant's competency to stand trial.

On March 25, 2025, Defendant was indicted on one count of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). (Doc. #17). On April 7, 2025, defense counsel filed a motion for mental examination of the Defendant to determine mental competency. (Doc. #23). On April 16, 2025, the Court ordered that Defendant undergo a psychiatric or psychological examination. (Doc. #24). As a result, Defendant was examined at the Metropolitan Detention Center in Los Angeles, California, and on June 4, 2025, a psychiatric report was filed with the Court. (Doc. #26).

On July 21, 2025, Judge Gaddy held a hearing was held pursuant to 18 U.S.C. § 4247(d) for the purpose of determining Defendant's mental competency to stand trial. (Doc. #32). On July 29, 2025, Judge Gaddy filed the instant Report and Recommendation recommending the Court find Defendant competent to proceed to trial. (Doc. #35). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

1

ORDERED that the Magistrate's Report and Recommendation (Doc. #35) be attached to and made part of this Order. It is further

ORDERED the Court has found, for the reasons stated in the Report and Recommendation, that Defendant RC Moore is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

IT IS SO ORDERED.

Dated: August 15, 2025 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT